1  Scottlynn J Hubbard, IV, SBN 212970
2  Lynn Hubbard, III, SBN 69773
3  **DISABLED ADVOCACY GROUP, APLC**
   12 Williamsburg Lane
4  Chico, CA. 95926
5  Telephone: (530) 895-3252
   Facsimile: (530) 894-8244
6
7  Attorneys for Plaintiff

8

9              THE UNITED STATES DISTRICT COURT

10        FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12  RONALD WILSON,                    ) No.  CIV.S.06-01271-WBS-PAN
                                       )
13        Plaintiff,                   ) **Plaintiff's Request for Leave to**
                                       ) **File a Second Amended Complaint**
14     vs.                            ) **and [Proposed] Order Thereon**
                                       )
15                                     )
                                       )
16  NORBRECK, LLC dba JOHNNY          )
    CARINO'S; FAIRBRECK, LLC;         )
17  BRECKENRIDGE WEST, LLC;           )
    BRECKENRIDGE GROUP, INC,          )
18                                     )
19                                     )
        Defendants.
20

21

22

23

24

25

26

27

28

*Wilson v. Norbreck, LLC dba Johnny Carino's, et al.*, Case No. CIV.S. 06-01271 WBS PAN
Plaintiff's Request For Leave to File a Second Amended Complaint and [Proposed] Order Thereon

- 1 -

PDF created with pdfFactory trial version www.pdffactory.com

1    Plaintiff, Ronald Wilson, hereby requests leave to file a Second

2   Amended Complaint.

3    1.   Plaintiff brought this action concerning the Johnny Carino's

4   restaurant located at 1640 Gateway Court in Fairfield, California ("Johnny

5   Carino's").

6    2.   None of the named Defendants have filed responsive pleadings to

7   the First Amended Complaint.

8    3.   After the filing of Plaintiff's First Amended Complaint, additional

9   barriers to access by Plaintiff were discovered at Johnny Carino's.

10    4.   Plaintiff wishes to amend his Complaint to reflect these additional

11   barriers.  A true and correct copy of Plaintiff's Proposed Second Amended

12   Complaint is attached hereto as Exhibit A (Exhibit to Plaintiff's Proposed

13   Second Amended Complaint is omitted).

14

15   Dated: July 5, 2006                    DISABLED ADVOCACY GROUP, APLC

16

17                                          /s/ Scottlynn J Hubbard, IV, Esq.
                                            SCOTTLYNN J HUBBARD, IV
18                                          Attorney for Plaintiff

19

20

21                              **<u>ORDER</u>**

22   **GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED**

23   that Plaintiff may file his Second Amended Complaint.

24

25   Dated:  July 19, 2006

26   _William B. Shubb_____

27   WILLIAM B. SHUBB
     UNITED STATES DISTRICT JUDGE

28

*Wilson v. Norbreck, LLC dba Johnny Carino's, et al.*, Case No. CIV.S. 06-01271 WBS PAN
Plaintiff's Request For Leave to File a Second Amended Complaint and [Proposed] Order Thereon
- 2 -

PDF created with pdfFactory trial version www.pdffactory.com