1  LYNN HUBBARD, III, SBN 69773
   SCOTTLYNN J HUBBARD IV, SBN 212970
2  LAW OFFICES OF LYNN HUBBARD, III
   12 WILLIAMSBURG LANE
3  CHICO, CA 95926
   Telephone:  (530) 895-3252
4  Fax:   (530) 894-8244

5  Attorneys for Plaintiff

6  MARC KOENIGSBERG, SBN 204265
   GREENBERG TRAURIG, LLP
7  1201 "K" Street, Suite 1100
   Sacramento, CA 95814
8  Telephone: (916) 442-1111
   Fax: (916) 448-1709
9
   Attorneys for Defendants
10

                    UNITED STATES DISTRICT COURT

                    EASTERN DISTRICT OF CALIFORNIA

RONALD WILSON,                          Case No. CIV. S-06-01271-DFL-JFM

       Plaintiff,

v.                                      **STIPULATION OF DISMISSAL AND ORDER THEREON**

NORBRECK, LLC dba JOHNNY CARINO'S, et al.,

       Defendants.
                                    /

TO THE COURT AND ALL PARTIES:

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the parties hereby request that all parties be dismissed with prejudice from the above-entitled action.

Dated: November 10, 2006        LAW OFFICES OF LYNN HUBBARD, III


 /s/ Lynn Hubbard, III
LYNN HUBBARD, III
Attorney for Plaintiff

Dated: November 7, 2006         GREENBERG TRAURIG, LLP


 /s/ Marc Koenigsberg
MARC KOENIGSBERG
Attorney for Defendants

## ORDER

IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. CIV.S-06-01271-DFL-JFM, is hereby dismissed with prejudice.

Dated: November 15, 2006
                                /s/ David F. Levi
                                United States District Court Judge

- 2 -                                                         CIV. S-06-01271-DFL-JFM